UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2022 JUN 22 P 12:52

| | |
|---|---|
| UNITED STATES OF AMERICA, | **22-CR-130** |
| Plaintiff, | Case No. 22-CR- |
| v. | [18 U.S.C. §§ 922(g)(1), 922(g)(4), and 924(a)(2)] |
| WHITTIER P. IVES, | **Green Bay Division** |
| Defendant. | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about June 4, 2022, in the State and Eastern District of Wisconsin,

**WHITTIER P. IVES,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which, prior to his possession of it, was transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Shield Arms SA-15 rifle bearing serial number JT010293.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about June 4, 2022, in the State and Eastern District of Wisconsin,

**WHITTIER P. IVES,**

knowing he previously had been adjudicated a mental defective, did knowingly possess a firearm which, prior to his possession of it, was transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Shield Arms SA-15 rifle bearing serial number JT010293.

All in violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of either count in the indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the offense, including, but not limited to the Shield Arms SA-15 rifle bearing serial number JT010293.

A TRUE BILL

FOREPERSON

Dated: 6/22/2022

RICHARD G. FROHLING
United States Attorney

3