# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **COURT TRIAL** |
| **WHITTER P. IVES** | Case No. 22-CR-130 |

---

HONORABLE WILLIAM C. GRIESBACH presiding
Proceeding Held: November 3, 2022
Deputy Clerk: Kyle

Time Called: 10:01 a.m.
Time Concluded: 10:21 a.m.
Tape: 110322

**Appearances:**

UNITED STATES OF AMERICA by:            Daniel Humble

WHITTER P. IVES by:                     Thomas Phillip

☒ Defendant appears in person.

---

AFD Phillip indicates he discussed with the defendant the waiver of jury trial, stipulated facts, and proposed special verdict and commitment order.

AFD Phillip addresses the defendant's competency, advises the defendant was able to make a knowing and voluntary decision.

AFD Phillip states that the parties agree the Court can make a finding of insanity and a finding to commit the defendant to the custody of the Attorney General.

AFD Phillip discusses the medications the defendant takes in order to stabilize his mental illness.

AFD Phillip states he discussed with the defendant the advantages and disadvantages of a jury trial and the consequences of proceeding with a court trial.

The defendant is sworn by the clerk.

The defendant answers questions from the Court.

The defendant waives his right to a jury trial and enters into the stipulation of facts.

The Court accepts and approves the parties' (dkt. 19) waiver of jury trial.

Pursuant to the parties' (dkt. 18) stipulation of facts and Dr. Johnson's (dkt. 15) psychiatric report, the Court finds the defendant not guilty only by reason of insanity as to counts 1 and 2 of the indictment.

The Court orders the defendant be committed to the custody of the Attorney General for treatment in a suitable facility; Special Verdict and Commitment Order to be entered.

The Court advises the defendant of his right to appeal.